CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/4/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:18-cr-23 |
| v. | ORDER |
| LEE DAVIS, | Judge Norman K. Moon |
| *Defendant.* | |

Defendant Lee Davis moves to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. 53). For the reasons set forth in the accompanying Memorandum Opinion, the Court will **DENY and DISMISS** Davis' motion (Dkt. 53).

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 4th day of October, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE